IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| STEPHEN ALLAN TRAHAN | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv466 |
| RIZALINO REYES, ET AL | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Stephen Allan Trahan, proceeding *pro se*, brought this civil rights lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this lawsuit. The magistrate judge recommends the lawsuit be dismissed without prejudice for failure to exhaust administrative remedies.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

---

[1] A copy of the Report and Recommendation was sent to plaintiff at the Larry Gist Jail, the address provided to the court by plaintiff. The copy sent to plaintiff was returned to the court with a notation stating plaintiff had been released from confinement. Plaintiff has not provided the court with a new address.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered dismissing this lawsuit without prejudice.

**SIGNED** this the 3 day of **August, 2005.**

_____
Thad Heartfield
United States District Judge