IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| STEPHEN ALLAN TRAHAN | § |
| VS. | §    CIVIL ACTION NO. 1:05cv466 |
| RIZALINO REYES, ET AL | § |

FINAL JUDGMENT

This action came on before the Court, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that plaintiff take nothing, and this lawsuit is **DISMISSED WITHOUT PREJUDICE** pursuant to 42 U.S.C. § 1997e for failure to exhaust administrative remedies.

All motions by any party not previously ruled on are hereby **DENIED**.

**SIGNED** this the 3 day of **August, 2005.**

_____
Thad Heartfield
United States District Judge